Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of polished marble slabs similar in all material respects to those the subject of *United States* v. *Selectile Co., Inc., et al.* (49 CCPA 116, C.A.D. 805), the claim of the plaintiff was sustained.

**No. 67879.**—Selectile Co., Inc., et al *v.* United States, protests 62/5325, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of polished marble slabs similar in all material respects to those the subject of *United States* v. *Selectile Co., Inc., et al.* (49 CCPA 116, C.A.D. 805), the claim of the plaintiffs was sustained.

**No. 67880.**—Capitol Records, Inc. *v.* United States, protest 61/7767 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of recording tapes similar in all material respects to those the subject of *Electric & Musical Industries (US), Ltd.* v. *United States* (42 Cust. Ct. 87, C.D. 2070), the claim of the plaintiff was sustained.

JULY 1, 1963

**No. 67881.**—APPEAL 5115.—United States *v.* Bruce Duncan Co., Inc., a/c Kasuga Sales, Ltd., and National Silver Company.—

—C.D. 2339 reversed March 20, 1963. C.A.D. 817.

BEFORE THE FIRST DIVISION, JULY 9, 1963

**No. 67882.**—W. J. Byrnes & Co. of N.Y., Inc. *v.* United States, protests 59/7534, 58/24622, and 58/19744 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of lumber material similar in all material respects to that the subject of *C. S. Emery & Company* v. *United States* (41 Cust. Ct. 7, C.D. 2013), the claim of the plaintiff was sustained.